# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PENNYSAVER USA PUBLISHING, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11198 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 4, 2017 at 10:00 a.m. (ET)**<br>**Objections Due: November 27, 2017 at 4:00 p.m. (ET)**<br>**Related Docket No. 366** |
| Don A. Beskrone, Chapter 7 Trustee for PennySaver USA Publishing, LLC, *et al.*,<br><br>Plaintiff,<br>v.<br><br>ATV Inc., a/k/a American Tire Depot, Inc.,<br><br>Defendant. | Adv. No.: 17-50513 (CSS)<br><br>**Related Docket No. 23** |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MOTION OF DON A. BESKRONE, CHAPTER 7 TRUSTEE, TO APPROVE SETTLEMENT OF A CERTAIN ACCOUNTS RECEIVABLE CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

I, Hayley M. Lenahan, an attorney with the law firm of Ashby & Geddes, P.A., counsel to Don A. Beskrone, duly-appointed Chapter 7 trustee of the Debtors'[2] estates (the "Trustee"), hereby certify the following:

1. On November 14, 2017, the Trustee filed the *Fifth Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement of a Certain Accounts Receivable Claim Pursuant to*

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: PennySaver USA, LLC (7098); PennySaver USA Printing, LLC (6144); PennySaver USA Publishing, LLC (1162); Orbiter Properties, LLC (0851); Monthly Mailer, LLC (2804). The Debtors' mailing address was 2830 Orbiter Street, Brea, California 92821.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

{01267682;v1 }

*Federal Rule of Bankruptcy Procedure 9019* (the "Motion") [DI 366 (15-11198) and Adv. DI 23 (17-50513)]. Attached to the Motion is a proposed form of order approving the Motion and the relief sought therein (the "Order").

2.Pursuant to the notice of the Motion, objections or responses, if any, to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. (prevailing Eastern Time) on November 28, 2017.

3.As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

THEREFORE, the Trustee respectfully requests that the Order approving the Motion be entered at the Court's earliest convenience.

Dated: November 29, 2017ASHBY & GEDDES, P.A.

 /s/ Hayley M. Lenahan
Ricardo Palacio (#3765)
Andrew D. Cordo (#4534)
Lauren Dunkle Fortunato (#6031)
Hayley M. Lenahan (#6174)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
rpalacio@ashbygeddes.com
acordo@ashbygeddes.com
lfortunato@ashbygeddes.com
hlenahan@ashbygeddes.com

*Counsel for Don A. Beskrone,*
*Chapter 7 Trustee*