## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PENNYSAVER USA PUBLISHING, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 15-11198 (CSS) <br><br> (Jointly Administered) <br><br> **Related Docket No. 366, 385** |
| Don A. Beskrone, Chapter 7 Trustee for PennySaver USA Publishing, LLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> ATV Inc., a/k/a American Tire Depot, Inc. <br><br> Defendant. | Adv. No.: 17-50513 (CSS) <br><br> **Related Docket No. 23, 27** |

### ORDER APPROVING SETTLEMENT OF A CERTAIN ACCOUNTS RECEIVABLE CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

The Court having considered the fifth motion (the "Motion")[2] of Don A. Beskrone, the Chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for approval of settlement of a certain claim (the "Accounts Receivable Claim") for payment of services rendered as set forth in the Settlement Agreement attached as Exhibit A to the Motion, and the Court finding that the Settlement Agreement is fair and reasonable, NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is Granted as set forth herein.

2. The Settlement Agreement attached to the Motion as Exhibit A with respect to the Trustee's

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: PennySaver USA, LLC (7098); PennySaver USA Printing, LLC (6144); PennySaver USA Publishing, LLC (1162); Orbiter Properties, LLC (0851); Monthly Mailer, LLC (2804). The Debtors' mailing address was 2830 Orbiter Street, Brea, California 92821.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Motion.

{01262689;v1 }

Accounts Receivable Claim against ATV Inc., a/k/a American Tire Depot, Inc. is hereby approved.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: 11/30, 2017

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge