# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PENNYSAVER USA PUBLISHING, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11198 (CSS)<br><br>(Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for PennySaver USA Publishing, LLC, *et al.*,<br><br>Plaintiff,<br>v.<br><br>ATV Inc., a/k/a American Tire Depot, Inc.<br><br>Defendant. | Adv. No.: 17-50513 (CSS) |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Don A. Beskrone, Chapter 7 Trustee for PennySaver USA Publishing, LLC, *et al.*, hereby dismisses the above-captioned adversary proceeding with prejudice. An answer has not been filed.

*-Signature Page to Follow-*

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: PennySaver USA, LLC (7098); PennySaver USA Printing, LLC (6144); PennySaver USA Publishing, LLC (1162); Orbiter Properties, LLC (0851); Monthly Mailer, LLC (2804). The Debtors' mailing address was 2830 Orbiter Street, Brea, California 92821.

{01406701;v1 }

|  |  |
|---|---|
| Dated: January 16, 2019 | ASHBY & GEDDES, P.A.<br><br> */s/ Hayley M. Lenahan* <br>Ricardo Palacio (#3765)<br>Andrew D. Cordo (#4534)<br>Hayley M. Lenahan (#6174)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>rpalacio@ashbygeddes.com<br>acordo@ashbygeddes.com<br>hlenahan@ashbygeddes.com<br><br>*Counsel for Don A. Beskrone,*<br>*Chapter 7 Trustee* |